# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 15-2539-WDK (PLAx)                                    Date February 9, 2016

Title: J & J Sports Productions, Inc. v. Frank Casado, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     (IN CHAMBERS)

By Order dated June 11, 2015, the parties were advised that a mediation must be concluded no later than March 11, 2016.  On July 30, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, February 5, 2016, at 1:00 p.m.  A Mediation Report was filed on February 5, 2016, by the ADR Director, indicating that defendant or defendant's representative failed to appear at the scheduled mediation.  Accordingly, **defendant and defendant's counsel are ordered to show cause, no later than February 16, 2016, why monetary sanctions should not be imposed for failure to comply with this Court's June 11, 2015, Order.**

**IT IS SO ORDERED**.

cc:     Counsel of Record
        ADR Director

Initials of Deputy Clerk    ch