Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frank Casado, et al., <br><br> Defendants. | CASE NO. 2:15-cv-02539-PLA <br><br> [Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT FRANK CASADO, INDIVIDUALLY AND D/B/A LUCY'S EL ADOBE CAFE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendant FRANK CASADO that the above-entitled action is hereby dismissed **without prejudice** against FRANK CASADO, individually and d/b/a LUCY'S EL ADOBE CAFE.

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 15, 2018, the dismissal shall be deemed to be **with prejudice** and in its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  Dated: __February 8, 2018__
**The Honorable Paul L. Abrams**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///